RECEIVED
IN LAKE CHARLES, LA.

SEP - 9 2010

TONY R. MOORE, CLERK
BY_____
        DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **IVERY MOORE**<br>**# 302269** | **CIVIL ACTION NO. 10-17**<br>**SECTION "P"** |
| VS. | |
| **POLICE DEPT. OF DeRIDDER, ET AL** | **JUDGE MINALDI**<br>**MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that plaintiff's civil rights complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR 41.3W.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this 8 day of Sept, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE